## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Karl E. Dimanche, | Civil No. 07-4904 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Cintas Corporation No. 2, d/b/a Cintas Corporation, | |
| Defendant. | |

Based on the parties' Joint Stipulation of Dismisal (Doc. No. 36), **IT IS ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, and each party shall bear its own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 7, 2008

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge
